GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIZI,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 – 10 inclusive,<br><br>        Defendants. | Case No. '18CV2139 L    KSC<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331**<br><br>Action Filed:    August 15, 2018<br>Removal Date:  September 14, 2018 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby removes the above captioned action from the Superior Court of the State of California, in the County of San Diego, to the United States District Court for the Southern District of California

1  Division. Wells Fargo alleges that it is entitled to removal pursuant to 28 U.S.C. §
2  1331, based upon federal question jurisdiction, as follows:
3        1.     Wells Fargo is named in the Complaint filed on August 15, 2018, by
4  Plaintiff Robert Ramizi ("Plaintiff") in the Superior Court of the State of California,
5  in the County of San Diego Case No. 37-2018-00040736-CL-NP-CTL entitled
6  *Robert Ramizi v. Wells Fargo Bank, N.A.* (the "State Court Action").
7        2.     The Complaint in the State Court Action contained causes of action for
8  violation of the Telephone Consumer Protection Act ("TCPA") and the Rosenthal
9  Fair Debt Collection Practices Act ("RFDCPA").
10       3.     Wells Fargo has not yet filed an answer or otherwise responded to
11  Plaintiff's Complaint in the State Court Action.
12       4.     This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal
13  Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service
14  on Wells Fargo of a copy of the Complaint on August 17, 2018.
15       5.     Removal to the United States District Court for the Southern District of
16  California, is proper because this is the district and division which embraces the
17  county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).
18       6.     This action is a civil action of which this Court has original jurisdiction
19  under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to
20  the provisions of 28 U.S.C. § 1441 because it arises under the Telephone Consumer
21  Protection Act, 47 U.S.C. § 227.  See, e.g., Complaint ¶¶ 1, 3, 11-13, 20-25.
22       7.     This Court has supplemental jurisdiction over all other claims asserted
23  by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).
24       8.     As required by 28 U.S.C. § 1446(d), Wells Fargo will provide written
25  notice of the removal of this action to Plaintiff, and to the San Diego County
26  Superior Court.
27       9.     Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate
28  copies of all papers received as of August 17, 2018.

1       WHEREFORE, Wells Fargo prays that the State Court Action be removed
2  from state court to this Court and that this Court assume jurisdiction over the action
3  and determine it on the merits.

5  DATED: September 14, 2018     SEVERSON & WERSON
     A Professional Corporation

By:   /s/ Genevieve R. Walser-Jolly
     Genevieve R. Walser-Jolly

Attorneys for Defendant WELLS FARGO BANK, N.A.